UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

MARSHALL CHAMBERS (#340160)

VERSUS                                              CIVIL ACTION

BURL CAIN, ET AL.                                   NUMBER 09-285-FJP-SCR

O P I N I O N

After independently reviewing the entire record in this case and for reasons set forth in the Magistrate Judge's Report to which an objection was filed:

IT IS ORDERED that the plaintiff's complaint shall be dismissed pursuant to 28 U.S.C. §1915(e)(2)(B)(i).

Judgment shall be entered accordingly.

Baton Rouge, Louisiana, June 4, 2009.

FRANK J. POLOZOLA
MIDDLE DISTRICT OF LOUISIANA

Doc#46109